UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO.: 22-cv-61029-RAR

LATOYA RATLIEFF,

    Plaintiff,

vs.

CITY OF FORT LAUDERDALE, FLORIDA, a Municipal Government; ELIEZER RAMOS, individually; STEVE SMITH, individually; HERNS EUGENE, individually; PAUL CRISTAFARO, individually; STEVE GREENLAW, individually; AVERY FIGUERAS, individually; JOHN DOE 1, individually; JOHN DOE 2, individually; and JOHN DOE 3, individually,

    Defendants.
_____/

## DEFENDANTS' UNOPPOSED JOINT MOTION FOR RULE 35 EXAMINATION

Defendants, by and through their undersigned counsel, pursuant to Rule 35(a), *Fed.R.Civ.P.*, jointly move for the entry of an Order for a Rule 35 Examination of Plaintiff, and state:

1. This is a 42 U.S.C. §1983 action alleging Fourth Amendment violations by the City of Fort Lauderdale and several law enforcement officers, including Officer Eliezer Ramos who is alleged to have caused Plaintiff a serious permanent eye injury with a kinetic impact projectile. *See*, Amended Complaint, *generally*. (DE 49). Plaintiff, through this claim, has placed her medical condition at issue.

2. Under Rule 35(a), *Fed.R.Civ.P.*, the Court may order a party "whose mental or physical condition…is in controversy to submit to a physical or mental examination by a suitably

licensed or certified examiner" upon a showing of good cause.

3.　　Defendants propose to have **Matthew Kay, M.D.** conduct a compulsory neuro-ophthalmology examination of Plaintiff, LaToya Ratlieff as follows:

**Date:**　　**April 6, 2023**

**Time:**　　**2:20 p.m.**

**Location:**　　**6333 N. Federal Highway, #401
Fort Lauderdale, FL**

4.　　As the Florida Department of Health public access terminal reflects, Dr. Matthew Kay is a medical doctor in good standing in the State of Florida, licensed since October 12, 1992. He completed his residency in Ophthalmology in 1991 and is a member of the American Board of Ophthalmology.　Exhibit "A."

5.　　The scope of the medical examination will consist of a medical history, measurement of visual acuity, visual field, pupillary reactions, eye pressure, and non-invasive testing to evaluate the health of the eyes and its associated structures, which may include dilation and use of a retinoscopy, ophthalmoscope, tonometer and/or retinal camera. This exam will be video-taped unobtrusively by a videographer retained by Plaintiff's counsel, and a representative from Plaintiff's counsel will attend the examination for observation. Dr. Kay will conduct a standard examination that will not include invasive tests or procedures, and which will not include questions pertaining to liability issues. This is not a deposition and questions pertaining to liability are not to be asked. Plaintiff's counsel will retain a court reporter to be present during this examination. If attempts are made to take either a history of the incident or there are questions as to liability, the examination will be terminated. In addition, the DME report shall be furnished to Plaintiff's counsel as soon as possible and on an expedited basis, i.e., within thirty (30) days of the DME.

6. Plaintiff's counsel does not oppose the relief requested in this motion subject to limitations outlined in the email correspondence attached hereto as Exhibit "B". Defendants do not take issue with the parameters in Plaintiff's correspondence.

**WHEREFORE**, Defendants move for the entry of an Order for a Rule 35 exam.

| | |
|---|---|
| JOHNSON, ANSELMO, MURDOCH, BURKE, PIPER & HOCHMAN, P.A.<br>***Counsel for Ramos***<br>2455 East Sunrise Boulevard, Ste. 1000<br>Fort Lauderdale, FL 33304<br><br>*/s/Scott D. Alexander*<br>SCOTT D. ALEXANDER<br>Florida Bar No. 057207<br>MICHAEL T. BURKE<br>Florida Bar No. 338771 | BILLING, COCHRAN, HEATH, LYLES & MAURO<br>***Counsel for Defendants***<br>Suntrust Center, 6th Floor<br>515 E. Las Olas Boulevard<br>Fort Lauderdale, FL 33301<br><br>*/s/Jeffrey R. Lawley*<br>JEFFREY R. LAWLEY<br>Florida Bar No. 0596027 |

**CERTIFICATE OF SERVICE**

  I HEREBY CERTIFY that on the 24nd day of February, 2023, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of records or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notice of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

               JOHNSON, ANSELMO, MURDOCH, BURKE,
               PIPER & HOCHMAN, P.A.
               ***Counsel for Defendant***
               2455 East Sunrise Boulevard, Ste. 1000
               Fort Lauderdale, FL 33304
               Telephone: 954-463-0100

               */s/Scott D. Alexander*
               MICHAEL T. BURKE
               Florida Bar No. 33877
               SCOTT D. ALEXANDER
               Florida Bar No. 057207

## SERVICE LIST

Stuart N. Ratzan, Esq.
Stuart J. Weissman, Esq.
Kimberly L. Boldt, Esq.
Ratzan Weissman & Boldt
2850 Tigertail Avenue, Suite 400
Coconut Grove, FL 33133
Tele: 305.374.6366
Stuart@rwblawyers.com
StuartW@rwblawyers.com
Kimberly@rwblawyers.com
kathy@rwblawyers.com
Jessica@RWBlawyers.com
eservice.legal@rwblawyers.com

Benedict P. Kuehne
Michael T. Davis
Johan D. Dos Santos
Kuehne Davis Law, P.A.
100 SE 2 Street, Suite 3105
Miami, FL 33131
Tel: 305.789.5989
ben.kuehne@kuehnelaw.com
mdavis@kuehnelaw.com
johand@kuehnelaw.com
efiling@kuehnelaw.com
iaedo@kuehnelaw.com

Jeffery R. Lawley, Esq.
Fla. Bar No. 0596027
Billing, Cochran, Lyles et al
Las Olas Square
515 E. Las Olas Blvd., 6th Floor
Fort Lauderdale, Florida 33301
Phone: 954-764-7150
jrl@bclmr.com
maryannt@bclmr.com

Michael T. Burke, Esq.
Scott D. Alexander, Esq.
Johnson, Anselmo, Murdoch, Burke,
Piper & Hochman, P.A.
2455 East Sunrise Boulevard, Ste. 1000
Ft. Lauderdale, FL 33304

Tel: 954-463-0100
Burke@jambg.com
Cardona@jambg.com
Alexander@jambg.com
Cintron@jambg.com


Department of Health



# Practitioner Profile

🖨 Printer Friendly Version

## MATTHEW DEAN KAY

## License Number: ME63126

Profession
Medical Doctor

❷ License Status
CLEAR/ACTIVE

Year Began Practicing
Not Provided

License Expiration Date
01/31/2024

| General Information | Education & Training | Academic Appointments | Specialty Certification | Financial Responsibility | Proceedings & Actions |
| --- | --- | --- | --- | --- | --- |
| Optional Information | License Information | | | | |

## Specialty Certification

This practitioner holds the following certifications from specialty boards recognized by the Florida board which regulates the profession for which he/she is licensed:

| Specialty Board | Certification |
| --- | --- |
| AMERICAN BOARD OF OPHTHALMOLOGY | OPH - OPHTHALMOLOGY |

Back



Privacy Statement  |  Disclaimer  |  Email Advisory  |  Accessibility

© 2023 FL HealthSource, All Rights Reserved Florida Department of Health | Division of Medical Quality Assurance Search Services



Department of Health

# License Verification

🖨 Printer Friendly Version

## MATTHEW DEAN KAY

### License Number: ME63126

*Data As Of 2/20/2023*

| License Information | Secondary Locations | Discipline/Admin Action | Practitioner Profile |

| | |
|---|---|
| Profession | Medical Doctor |
| License | ME63126 |
| ❓ License Status | CLEAR/ACTIVE |
| License Expiration Date | 1/31/2024 |
| License Original Issue Date | 10/12/1992 |
| Address of Record | 6333 N FEDERAL HIGHWAY #401 FT LAUDERDALE, FL 33309 |
| ❓ Controlled Substance Prescriber (for the Treatment of Chronic Non-malignant Pain) | No |
| Discipline on File | No |
| ❓ Public Complaint | No |

Back

For instructions on how to request a license certification of your Florida license to be sent to another state from the Florida Department of Health, please visit the License Certifications web page.

**Primary Source Verified**

Privacy Statement | Disclaimer | Email Advisory | Accessibility

© 2023 FL HealthSource, All Rights Reserved Florida Department of Health | Division of Medical Quality Assurance Search Services

 Department of Health

# Practitioner Profile

## MATTHEW DEAN KAY

🖨 Printer Friendly Version

### License Number: ME63126

Profession

Medical Doctor

 License Status

CLEAR/ACTIVE

Year Began Practicing

Not Provided

License Expiration Date

01/31/2024

| General Information | Education & Training | Academic Appointments | Specialty Certification | Financial Responsibility | Proceedings & Actions |
| Optional Information | License Information | | | | |

## Education and Training

| Institution Name | Degree Title | Dates of Attendance | Graduation Date |
|---|---|---|---|
| TEMPLE UNIVERSITY | MD | 7/1/1983 - 5/1/1987 | 05/01/1987 |

## Other Health Related Degrees

This practitioner does not hold any additional health related degrees.

## Professional and Postgraduate Training

This practitioner has completed the following graduate medical education:

| Program Name | Program Type | Specialty Area | Other Specialty Area | City | State or Country | Dates Attended From | Dates Attended To |
|---|---|---|---|---|---|---|---|
| RUSH PRSBYTERIAN | RESIDENCY | OPH - OPHTHALMOLOGY | | CHICAGO | ILLINOIS | 07/01/1987 | 06/30/1991 |

[ Back ]



Scott Alexander <alexander@jambg.com>

# RE: Ratlieff v. Ft. Laud, et al - conferral on Rule 35 motion
1 message

**Michael T. Davis** <mdavis@kuehnelaw.com>  Wed, Feb 22, 2023 at 2:16 PM
To: Scott Alexander <alexander@jambg.com>, Johan Dos Santos <JohanD@kuehnelaw.com>, "stuart@rwblawyers.com" <stuart@rwblawyers.com>, "Jeffery R. Lawley" <jrl@bclmr.com>, "Burke,Michael" <burke@jambg.com>, "stuartw@rwblawyers.com" <stuartw@rwblawyers.com>

Dear Scott:

In regards to your Request for a Defense Medical Examination of Latoya Ratlieff by Matthew Kay, M.D, on April 6, 2023, at 2:20 p.m., please note that we agree with this exam under the following terms: This exam will be videotaped unobtrusively by a videographer retained by our firm, and a representative from my office will attend the examination for observation. Dr. Kay will conduct a standard examination that will not include invasive tests or procedures, and which will not include questions pertaining to liability issues. This is not a deposition and questions pertaining to liability are not to be asked. As such, our office will also retain a court reporter to be present during this exam. If attempts are made to take either a history of the incident or there are questions as to liability, the examination will be terminated. In addition, the DME report shall be furnished to my office as soon as possible and on an expedited basis, i.e., within thirty (30) days of the DME.

Should you have any questions or concerns, or if you disagree to our terms, let me know.

Regards,

Michael

\*\*\* NOTE NEW SUITE NO. \*\*\*

Michael T. Davis

Kuehne Davis Law, PA

100 SE 2 Street, Suite 3105

Miami, FL 33131-2154

Tel: 305.789.5989

Direct: 786.504.4739

Cell: 786.300.7954

Fax: 305.789.5987

mdavis@kuehnelaw.com
www.kuehnedavislaw.com

I'm also on Linked In

Exh-B-

**The information contained in this transmission may be attorney/client privileged and confidential. It is intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail or by telephone collect at 305.789.5989 and delete the original message. Thank you.**

---

**From:** Scott Alexander <alexander@jambg.com>
**Sent:** Tuesday, February 21, 2023 12:06 PM
**To:** Michael T. Davis <mdavis@kuehnelaw.com>; Johan Dos Santos <JohanD@kuehnelaw.com>; stuart@rwblawyers.com; Jeffery R. Lawley <jrl@bclmr.com>; Burke,Michael <burke@jambg.com>
**Subject:** Ratlieff v. Ft. Laud, et al - conferral on Rule 35 motion

Gentlemen,

Attached is a draft Joint Motion for Rule 35 exam with a neuro-opthalmologist of Latoya Ratlieff. The motion as presently drafted states that it is unopposed, but of course I can revise if Plaintiff is objecting to being examined. Please let me know your position. Thanks. -Scott

--

Scott D. Alexander

Johnson, Anselmo, Murdoch,

   Burke, Piper & Hochman, P.A.

2455 E. Sunrise Boulevard, Suite 1000

Fort Lauderdale, FL 33304

Tel: 954-463-0100

Fax: 954-463-2444

Alexander@JAMBG.COM