UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-CV-61029-RUIZ/STRAUSS

**LATOYA RATLIEFF,**

    Plaintiff,

v.

**CITY OF FORT LAUDERDALE, FLORIDA,** *et al.*,

    Defendants.

_____/

## DISCOVERY ORDER

**THIS CAUSE** came before the Court for a discovery hearing on July 18, 2023, upon Plaintiff's *Ore Tenus* Motion to Compel better responses to Plaintiff's Request for Interrogatories ("the Motion"). The District Court has referred all discovery matters to me pursuant to 28 U.S.C. § 636. [DE 27]. For the reasons stated on the record at the hearing, it is **ORDERED** and **ADJUDGED** that:

1. The Motion is **GRANTED-IN-PART and DENIED-IN-PART** as set forth herein.

2. As to interrogatory 1, the Motion is granted to the extent that interrogatory 1 is amended as follows:

   Identify specific video footage (of which you are aware) by time stamp, including BWC footage or undercover footage, supporting any contention of violence at the corner of SE 2nd Street and SE 1st Ave on May 31, 2020, during the following time periods: (a) From 6:51pm ET to 6:52 pm ET; (b) From 6:52 pm ET to 6:59 pm ET; (c) From 7:00 pm ET to 7:01:25 pm ET; (d) From 7:01pm ET to 7:07:30 pm ET.

3. As to interrogatory 2, the Motion is granted to the extent that interrogatory 2 is amended as follows:

> Identify all documents, videos, and evidence of any kind (of which you are aware), which supports your contention of civilian violence toward officers at the corner of SE 2nd Street and SE 1st Ave on May 31, 2020, during the following time periods: (a) From 6:51pm ET to 6:52 pm ET; (b) From 6:52 pm ET to 6:59 pm ET; (c) From 7:00 pm ET to 7:01:25 pm ET; (d) From 7:01pm ET to 7:07:30 pm ET.

4. Defendants must respond to interrogatories 1 and 2 by **July 31, 2023**.

**DONE** and **ORDERED** in Fort Lauderdale, Florida, this 19th day of July 2023.

*Jared Strauss*
Jared M. Strauss
United States Magistrate Judge