UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-CV-61029-RAR

**LATOYA RATLIEFF**,

    Plaintiff,

v.

**CITY OF FORT LAUDERDALE,** *et al.*,

    Defendants.
_____/

## FINAL JUDGMENT AS TO INDIVIDUAL DEFENDANTS

Pursuant to Federal Rule of Civil Procedure 58 and in accordance with the Court's September 4, 2024 Order on Cross Motions for Summary Judgment, [ECF No. 178], it is hereby

**ORDERED AND ADJUDGED** that Final Judgment is entered against Plaintiff, Latoya Ratlieff, and in favor of individual Defendants Eliezer Ramos, Paul Cristafaro, Steve Greenlaw, Avery Figueras, Robert Dietrich, Douglas MacDoughall, Rick Maglione, and John Does 1–3. Plaintiff shall take nothing by this action as to the individual Defendants and the individual Defendants shall go hence without day.

**DONE AND ORDERED** in Miami, Florida, this 4th day of September, 2024.

_____
    **RODOLFO A. RUIZ II**
    **UNITED STATES DISTRICT JUDGE**