UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-CV-61029-RAR

LATOYA RATLIEFF,

    Plaintiff,
v.

CITY OF FORT LAUDERDALE,
FLORIDA, *et al.*,

    Defendants.
_____/

## MEDIATION REPORT

The Parties, by and through undersigned counsel, hereby inform the Court that the mediation of this case that took place on Monday, October 28, 2024, resulted in a full and final settlement of all claims as to all parties subject to the final consideration and approval by the City of Fort Lauderdale City Commission. Due to the amount of the settlement, pursuant to City Ordinance, the settlement requires final consideration and approval by the City of Fort Lauderdale City Commission. It is anticipated this will be brought before the City Commission in a closed-door meeting tentatively set for November 19, 2024. If approved by the City Commission in the closed-door session, it will then be brought before the City Commission on a public agenda with an expected date of December 3, 2024 at which time it would be anticipated the City Commission will publicly approve the proposed settlement.

Dated: November 7, 2024

                                                      Respectfully submitted,

| */s/Stuart Ratzan* | */s/ Scott D. Alexander* |
|---|---|
| Stuart N. Ratzan | Scott D. Alexander |
| Stuart J. Weissman | ***Co-Counsel for City of Fort Lauderdale*** |
| Kimberly L. Boldt | |
| ***Counsel for Plaintiff*** | |
| | |
| */s/Michael T. Davis* | /s/Jeffrey R. Lawley |
| Benedict P. Kuehne | Jeffery R. Lawley |
| Michael T. Davis | ***Counsel for City of Fort Lauderdale*** |
| John D. Dos Santos | ***Greenlaw, Figueras, Eugene, Cristafaro*** |
| ***Counsel for Plaintiff*** | ***Smith, Maglione*** |